TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Dave Batchelder

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Dave Batchelder, | Case No.: 2:12-cv-01251-SRB |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Enterprise Recovery Systems, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Parties will file a Stipulation for Dismissal with Prejudice within sixty (60) days.

RESPECTFULLY SUBMITTED this 7th day of November, 2012.


LEMBERG & ASSOCIATES, LLC

  /s/ *Trinette G. Kent*
TRINETTE G. KENT

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On November 7, 2012, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on November 7, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.<br>Tel.: (203) 653-2250<br>Fax: (203) 653-3424<br>Email: tkent@lemberglaw.com | **Attorney for Defendants Enterprise Recovery Systems, Inc.**<br>Neil Singh, Esq.<br>O'Connor and Campbell, P.C.<br>3838 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85012-3501<br>neil.singh@occlaw.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

3

1 | Executed on November 7, 2012.

2

3 | _/s/ Allison Ercolano_
Allison Ercolano
4 | Paralegal to Trinette G. Kent

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28